# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 14-53576 |
| | : | |
| AT Xpress, LLC, | : | Chapter 7 |
| | : | Judge Charles M. Caldwell |
| Debtor. | : | |

## NOTICE OF CHANGE OF ADDRESS

Larry J. McClatchey, Trustee, advises that the mail addressed to Debtor AT Xpress, LLC at 1033 Brentnell Ave., Columbus, Ohio 43219, is being returned by the United States Postal Service as vacant and unable to forward. Therefore, Trustee hereby notifies the Court and parties in interest that the last known address of Debtor is:

AT Xpress, LLC
c/o Todd A. Smith, Statutory Agent
4465 Industrial Center Drive
Obetz, Ohio 43207


/s/Larry J. McClatchey
Larry J. McClatchey, Trustee   (0012191)
KEGLER, BROWN, HILL & RITTER CO., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
Telephone: (614)462-5400
Facsimile:  (614)464-2634
lmcclatchey@keglerbrown.com

#4825-6831-1330 v1

1

# CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2015 a copy of the foregoing *Notice of Change of Address* was served electronically through the Court's ECF System at the email address registered with the Court:

Pamela Arndt on behalf of U.S. Trustee Asst US Trustee (Col)   Pamela.D.Arndt@usdoj.gov
Asst US Trustee (Col)   ustpregion09.cb.ecf@usdoj.gov
Brian M Gianangeli on behalf of Creditor Bureau of Workers' Compensation   bgianangeli@mifsudlaw.com
Larry J McClatchey   rkelley@keglerbrown.com, ecf.alert+McClatchey@titlexi.com
Larry J. McClatchey on behalf of Trustee   lmcclatchey@keglerbrown.com, cprince@keglerbrown.com
Steven E Miller on behalf of Debtor   smiller@cbjlawyers.com, smcnamer@cbjlawyers.com;tmiller@cbjlawyers.com
Kristin E Richner on behalf of Creditor JobsOhio Beverage System   kristin.richner@squirepb.com
Justin W Ristau on behalf of Creditor WesBanco Bank, Inc.   jristau@bricker.com, aklein@bricker.com;phesson@bricker.com
Andrew M. Simon on behalf of Creditor JobsOhio Beverage System   andrew.simon@squirepb.com
Randy T Slovin on behalf of Creditor H Meyer Dairy, LLC   rtslovin@sclpa.com, bjgrandstaff@sclpa.com
Stephanie P Union on behalf of Trustee   sunion@keglerbrown.com, eoneil@keglerbrown.com

and on the following by ordinary US Mail addressed to:

**SEE ATTACHED EXHIBIT A[1]**

/s/Larry J. McClatchey
Larry J. McClatchey

---

[1] Service is Limited by the *Order Limiting Notice to Creditors Whose Claims are Filed* (Doc No. 61)

# EXHIBIT A

AT Xpress, LLC
1033 Brentnell Ave.
Columbus, Ohio 43219

Internal Revenue Service
Insolvencies
PO Box 7346
Philadelphia, PA 19101-7346

Ohio Bureau of Workers' Compensation
Legal Division/Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Sprint Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Nardone Law Group LLC
300 East Broad Street
Suite 490
Columbus OH 43215

Ohio Department of Commerce
Bureau of Wage and Hour
6606 Tussing Road
Reynoldsburg, OH 43068

Fleetcor Technologies
555 E Airtex Dr
Houston TX 77073

RYDER TRUCK RENTAL, INC.
Weltman, Weinberg & Reis, Co., L.P.A
P.O. Box 93784
Cleveland, OH 44101

COUNTRY PURE FOODS, INC.
Weltman, Weinberg & Reis, Co., L.P.A
P.O. Box 93784
Cleveland, OH 44101

ENGLEFIELD, INC.
DBA ENGLEFIELD OIL COMPANY
Weltman, Weinberg & Reis, Co., L.P.A
P.O. Box 93784
Cleveland, OH 44101

Ohio Department of Job & Family Services
Revenue Recovery/Litigation
PO Box 182404
Columbus, OH 43218

Office of the United States Trustee
Ohio/Michigan Regional Office
211 West Fort Street, Suite 700
Detroit, Michigan 48226

Crown Equipment Corporation
Robert G Hanseman Esq
1900 Kettering Tower
Dayton OH 45423

Ohio Bureau of Workers' Compensation
Legal Division/Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

The JM Smucker Company
Jaclyn Bryk Esq
One Strawberry Lane
Orrville OH 44667

Dayton Leasing Limited, LLC
c/o Ralph E. Dill, Esq.
37 West Broad Street
Suite 950
Columbus, OH 43215

Dayton Leasing Limited, LLC
c/o Ralph E. Dill, Esq.
37 West Broad Street
Suite 950
Columbus, OH 43215

Public Utilities Commission of Ohio
C/O Law Office of Charles Misfsud
6305 Emerald Parkway
Dublin, Ohio 43016

Wesbanco Bank, Inc.
c/o Justin W. Ristau, Esq.
Bricker & Eckler LLP
100 S. Third Street
Columbus, OH 43215